UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MOHIUDDIN, MOHAMMAD S. § Case No. 09-29948
MOHIUDDIN, WAJAHAT S. §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                    Kenneth Gardner
                    U.S. Bankruptcy Court Clerk
                    219 South Dearborn Street- 7th Floor
                    Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/06/2010 in Courtroom 744,
                    United States Courthouse
                    219 South Dearborn Street
                    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth S. Gardner_____
                                                                                   Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MOHIUDDIN, MOHAMMAD S. § Case No. 09-29948
MOHIUDDIN, WAJAHAT S. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 28,001.88 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 28,001.88 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee: Phillip D. Levey* | $ 3,261.70 | $ 49.31 |
| *Attorney for trustee: Phillip D. Levey* | $ 9,047.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

                *Reason/Applicant*        *Fees*        *Expenses*

      *Other:*_____   $_____  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

                *Reason/Applicant*        *Fees*        *Expenses*

*Attorney for debtor:*_____  $_____  $_____

*Attorney for:*_____  $_____  $_____

*Accountant for:*_____  $_____  $_____

*Appraiser for:*_____  $_____  $_____

*Other:*_____  $_____  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,992.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | Asset Acceptance-Assignee | | |
| | Washington Mut | | |
| | PO Box 2036 | | |
| *000001* | *Warren MI 48090* | $ 3,553.17 | $ 3,568.57 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Capital One<br>Freedman, Anselmo, Lindberg<br>& Rappe LLC<br>PO Box 3216<br>Naperville, IL 60566-7216 | $ 5,113.38 | $ 5,135.54 |
| 000003 | Capital One<br>Freedman, Anselmo, Lindberg<br>& Rappe LLC<br>PO Box 3216<br>Naperville, IL 60566-7216 | $ 2,325.95 | $ 2,336.03 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,699.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.4 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | Artesian Courts Condominiuim Association<br>c/o Dickler Kahn Slowikowski & Zavell<br>85 West Algonquin Road<br>Suite 420<br>Arlington Heights, IL 60005 | $ 1,699.00 | $ 1,706.37 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,884.87 .

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 1                   Date Rcvd: Sep 09, 2010
Case: 09-29948                 Form ID: pdf006              Total Noticed: 21

The following entities were noticed by first class mail on Sep 11, 2010.
db/jdb         +Mohammad S. Mohiuddin,    Wajahat S. Mohiuddin,    6316 North Artesian, Apt 101,
                 Chicago, IL 60659-1927
aty            +Thomas R Hitchcock,    Hitchcock & Associates  P C,    120 S State Street,   Suite 803,
                 Chicago, IL 60603-5503
tr             +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
14322007       +AMERICAS SERVICING CO,    ATTENTION: BANKRUPTCY,    1 HOME CAMPUS,   DES MOINES, IA 50328-0001
14322009       +ASSET ACCEPTANCE,    JUTLA SANJAY,    55 EAST JACKSON 16TH FLOOR,   CHICAGO, IL 60604-4466
15791574       +Artesian Courts Condominium Association,    Dickler Kahn Slowikowski & Zavell, Ltd.,
                 85 W. Algonquin Road, Ste 420,    Arlington Heights, IL 60005-4419
14322010       +BUREAU OF COLLECTION RECOVERY,    7575 CORPORATE WAY,    EDEN PRAIRIE , MN 55344-2000
14322011       +CAPITAL 1 BANK,    ATTN: C/O TSYS DEBT MANAGEMENT,    PO BOX 5155,   NORCROSS, GA 30091-5155
14322012       +CODILIS & ASSOCIATES, P.C.,    15W030 NORTH FRONTAGE ROAD SUITE 100,    BURR RIDGE, IL 60527-6921
15084772        Capital One,   Freedman, Anselmo, Lindberg & Rappe LLC,    PO Box 3216,
                 Naperville, IL 60566-7216
14322013       +DICKLER, KAHN, SLOWIKOWSKI & ZAVEL, LTD.,    85 WEST ALGONQUIN ROAD SUITE 420,
                 ARLINGTON HEIGHTS, IL 60005-4419
14322014       +FREEDMAN, ANSELMO LINDBERG AND RAPPE,    1807 WEST DIEHL ROAD SUITE 333,
                 NAPERVILLE, IL 60563-1890
14322015       +HITCHCOCK AND ASSOCIATES, P.C.,    120 SOUTH STATE STREET,    SUITE 803,
                 CHICAGO, ILLINOIS 60603-5503
14322017       +MIDLAND CREDIT MGMT,    8875 AERO DR   STE 200,    SAN DIEGO, CA 92123-2255
14322019       +PHILLIPS & COHEN,    258 CHAPMAN ROAD,    NEWARK, DE 19702-5445
14322020       +PROGRESSIVE CREDIT UNI,    95-25 QUEENS BLVD,    REGO PARK, NY 11374-4510
15250269       +Progressive Credit Union,    c/o John Noland Jr,    Attorney at Law,   79 W Monroe S 823,
                 Chicago IL 60603-4919
14322021       +SST/CIGPF1CORP,    4315 PICKETT RD,    SAINT JOSEPH, MO 64503-1600
14322022       +UNITED STATES TRUSTEE,    219 SOUTH DEARBORN,    CHICAGO, IL 60604-1708

The following entities were noticed by electronic transmission on Sep 09, 2010.
14322008       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          ASSET ACCEPTANCE,
                 PO BOX 2036,    WARREN, MI 48090-2036
14930515       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM
                 Asset Acceptance LLC / Assignee / Washington Mutua,    Po Box 2036,    Warren MI 48090-2036
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
15084773*       Capital One,   Freedman, Anselmo, Lindberg & Rappe LLC,    PO Box 3216,
                 Naperville, IL 60566-7216
14322018*      +MOHAMMAD S. MOHIUDDIN,    6316 NORTH ARTESIAN, APT 101,    CHICAGO, IL 60659-1927
14322023*      +WAJAHAT S. MOHIUDDIN,    6316 N ARTESIAN, APT 101,    CHICAGO, IL 60659-1927
14322016      ##+LDG FINANCIAL SERVICES, LLC,    4553 WINTERS CHAPEL ROAD,    ATLANTA, GA 30360-2705
                                                                                              TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2010**           **Signature:**   *Joseph Speetjens*