UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
MOHIUDDIN, MOHAMMAD S.              §    Case No. 09-29948
MOHIUDDIN, WAJAHAT S.               §
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter   on              . The case was pending for    months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Phillip D. Levey_____
                                                          Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| MOHIUDDIN, MOHAMMAD S. |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Servicing Co Attention: Bankruptcy 1 Home Campus Des Moines, IA 50328 | | | | | |
| | Codilis & Associates, P.C. 15W030 North Frontage Road Suite 100 Burr Ridge, IL 60527 | | | | | |
| | Dickler, Kahn, Slowikowski & Zavel, Ltd. 85 West Algonquin Road Suite 420 Arlington Heights, IL 60005 | | | | | |
| | Progressive Credit Uni 95-25 Queens Blvd Rego Park, NY 11374 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance Jutla Sanjay 55 East Jackson 16th Floor Chicago, IL  60604 | | | | | |
| | Asset Acceptance PO Box 2036 Warren, MI 48090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bureau of Collection Recovery 7575 Corporate Way Eden Prairie , MN 55345 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management PO Box 5155 Norcross, GA 30091 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management PO Box 5155 Norcross, GA 30091 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management PO Box 5155 Norcross, GA 30091 | | | | | |
| | Freedman, Anselmo Lindberg and Rappe 1807 West Diehl Road Suite 333 Naperville, IL 60566 | | | | | |
| | Freedman, Anselmo Lindberg and Rappe 1807 West Diehl Road Suite 333 Naperville, IL 60566 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedman, Anselmo Lindberg and Rappe 1807 West Diehl Road Suite 333 Naperville, IL 60566 | | | | | |
| | LDG Financial Services, LLC 4553 Winters Chapel Road Atlanta, GA 30360 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Phillips & Cohen 258 Chapman Road Newark, DE 19702 | | | | | |
| | Sst/cigpf1corp 4315 Pickett Rd Saint Joseph, MO 64503 | | | | | |
| 000001 | ASSET ACCEPTANCE LLC / ASSIGNEE / W | | | | | |
| 000002 | CAPITAL ONE | | | | | |
| 000003 | CAPITAL ONE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | PROGRESSIVE CREDIT UNION | | | | | |
| 000005 | ARTESIAN COURTS CONDOMINIUIM ASSOCI | | | | | |
| | ARTESIAN COURTS CONDOMINIUIM ASSOCI | | | | | |
| | ASSET ACCEPTANCE LLC / ASSIGNEE / W | | | | | |
| | CAPITAL ONE | | | | | |
| | CAPITAL ONE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-29948 EW | Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MOHIUDDIN, MOHAMMAD S. | | Date Filed (f) or Converted (c): | 08/14/09 (f) |
| | MOHIUDDIN, WAJAHAT S. | | 341(a) Meeting Date: | 09/25/09 |
| For Period Ending: | 01/23/11 | | Claims Bar Date: | 03/15/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6316 N. Artesian, Chicago, IL | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 2. Checking-Mutual Bank | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. Household Goods | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 4. WEARING APPAREL | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 5. 1993 Ford Escort | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. Taxicab Medallion | 100,000.00 | 80,540.00 | | 18,000.00 | FA |
| 7. Escrow Account (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.89 | Unknown |
| TOTALS (Excluding Unknown Values) | $102,300.00 | $90,540.00 | | $28,002.89 | **Gross Value of Remaining Assets** $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/10    Current Projected Date of Final Report (TFR): 10/31/10

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 16.01c

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-29948 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MOHIUDDIN, MOHAMMAD S. | Bank Name: | BANK OF AMERICA |
| | MOHIUDDIN, WAJAHAT S. | Account Number / CD #: | *******3551  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0173 | | |
| For Period Ending: | 01/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/10 | 7 | CHARLES L. GOODBAR | TURNOVER OF ESCROW ACCOUNT | 1221-000 | 10,000.00 | | 10,000.00 |
| 02/26/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 10,000.17 |
| 03/31/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,000.43 |
| 04/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.68 |
| 05/28/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.93 |
| 06/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,001.18 |
| 07/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,001.43 |
| 08/14/10 | 6 | Progressive Credit Union | Sale of Taxi Medallion | 1129-000 | 18,000.00 | | 28,001.43 |
| 08/31/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.45 | | 28,001.88 |
| 09/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.69 | | 28,002.57 |
| 10/15/10 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 28,002.89 |
| 10/15/10 | | Transfer to Acct #*******5698 | Final Posting Transfer | 9999-000 | | 28,002.89 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 28,002.89 | 28,002.89 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 28,002.89 | |
| Subtotal | 28,002.89 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 28,002.89 | 0.00 | |

Page Subtotals   28,002.89   28,002.89

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-29948 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MOHIUDDIN, MOHAMMAD S. | Bank Name: | BANK OF AMERICA |
|  | MOHIUDDIN, WAJAHAT S. | Account Number / CD #: | *******5698 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0173 |  |  |
| For Period Ending: | 01/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/15/10 |  | Transfer from Acct #*******3551 | Transfer In From MMA Account | 9999-000 | 28,002.89 |  | 28,002.89 |
| * 10/16/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-003 |  | 3,261.70 | 24,741.19 |
| * 10/16/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees<br>Printed incorrectly. | 2100-003 |  | -3,261.70 | 28,002.89 |
| * 10/16/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-003 |  | 49.31 | 27,953.58 |
| * 10/16/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses<br>Printed incorrectly. | 2200-003 |  | -49.31 | 28,002.89 |
| * 10/16/10 | 000103 | Phillip D. Levey | ATTORNEY FEES | 3110-003 |  | 9,047.00 | 18,955.89 |
| * 10/16/10 | 000103 | Phillip D. Levey | ATTORNEY FEES<br>Printed incorrectly. | 3110-003 |  | -9,047.00 | 28,002.89 |
| * 10/16/10 | 000104 | Asset Acceptance-Assignee Washington Mut<br>PO Box 2036<br>Warren MI 48090 | Claim 000001, Payment 100.53192% |  |  | 3,572.07 | 24,430.82 |
|  |  |  | Claim 3,553.17 | 7100-003 |  |  |  |
|  |  |  | Interest 18.90 | 7990-003 |  |  |  |
| * 10/16/10 | 000104 | Asset Acceptance-Assignee Washington Mut<br>PO Box 2036<br>Warren MI 48090 | Claim 000001, Payment 100.53192%<br>Printed incorrectly. |  |  | -3,572.07 | 28,002.89 |
|  |  |  | Claim ( 3,553.17 ) | 7100-003 |  |  |  |
|  |  |  | Interest ( 18.90) | 7990-003 |  |  |  |
| * 10/16/10 | 000105 | Capital One<br>Freedman, Anselmo, Lindberg & Rappe LLC | Claim 000002, Payment 100.53174% |  |  | 5,140.57 | 22,862.32 |

Page Subtotals 28,002.89 5,140.57

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-29948 -EW | |
| Case Name: | MOHIUDDIN, MOHAMMAD S. | |
| | MOHIUDDIN, WAJAHAT S. | |
| Taxpayer ID No: | *******0173 | |
| For Period Ending: | 01/23/11 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5698 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 3216<br>Naperville, IL 60566-7216 | Claim       5,113.38<br>Interest        27.19 | 7100-003<br>7990-003 | | | |
| * 10/16/10 | 000105 | Capital One<br>Freedman, Anselmo, Lindberg & Rappe LLC<br>PO Box 3216<br>Naperville, IL 60566-7216 | Claim 000002, Payment 100.53174%<br>Printed incorrectly.<br><br>Claim     (  5,113.38 )<br>Interest   (     27.19) | <br><br><br>7100-003<br>7990-003 | | -5,140.57 | 28,002.89 |
| * 10/16/10 | 000106 | Capital One<br>Freedman, Anselmo, Lindberg & Rappe LLC<br>PO Box 3216<br>Naperville, IL 60566-7216 | Claim 000003, Payment 100.53183%<br><br>Claim       2,325.95<br>Interest        12.37 | <br><br>7100-003<br>7990-003 | | 2,338.32 | 25,664.57 |
| * 10/16/10 | 000106 | Capital One<br>Freedman, Anselmo, Lindberg & Rappe LLC<br>PO Box 3216<br>Naperville, IL 60566-7216 | Claim 000003, Payment 100.53183%<br>Printed incorrectly.<br><br>Claim     (  2,325.95 )<br>Interest   (     12.37) | <br><br><br>7100-003<br>7990-003 | | -2,338.32 | 28,002.89 |
| * 10/16/10 | 000107 | Artesian Courts Condominiuim Association<br>c/o Dickler Kahn Slowikowski & Zavell<br>85 West Algonquin Road<br>Suite 420<br>Arlington Heights, IL  60005 | Claim 000005, Payment 100.53239%<br><br>Claim         849.00<br>Interest         4.52 | <br><br>7200-003<br>7990-003 | | 853.52 | 27,149.37 |

Page Subtotals          0.00        -4,287.05

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-29948 -EW | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MOHIUDDIN, MOHAMMAD S. | | Bank Name: | BANK OF AMERICA |
| | MOHIUDDIN, WAJAHAT S. | | Account Number / CD #: | *******5698 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0173 | | | |
| For Period Ending: | 01/23/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/16/10 | 000107 | Artesian Courts Condominiuim Association c/o Dickler Kahn Slowikowski & Zavell 85 West Algonquin Road Suite 420 Arlington Heights, IL  60005 | Claim 000005, Payment 100.53239% Printed incorrectly. | | | -853.52 | 28,002.89 |
| | | | Claim      ( 849.00 ) | 7200-003 | | | |
| | | | Interest   ( 4.52) | 7990-003 | | | |
| * 10/16/10 | 000108 | MOHIUDDIN, MOHAMMAD S. | Surplus Back to Debtor | 8200-003 | | 3,740.40 | 24,262.49 |
| * 10/16/10 | 000108 | MOHIUDDIN, MOHAMMAD S. | Surplus Back to Debtor Printed incorrectly. | 8200-003 | | -3,740.40 | 28,002.89 |
| 10/16/10 | 000109 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,261.70 | 24,741.19 |
| 10/16/10 | 000110 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 49.31 | 24,691.88 |
| 10/16/10 | 000111 | Phillip D. Levey | ATTORNEY FEES | 3110-000 | | 9,047.00 | 15,644.88 |
| 10/16/10 | 000112 | Asset Acceptance-Assignee Washington Mut PO Box 2036 Warren MI 48090 | Claim 000001, Payment 100.53192% | | | 3,572.07 | 12,072.81 |
| | | | Claim      3,553.17 | 7100-000 | | | |
| | | | Interest   18.90 | 7990-000 | | | |
| 10/16/10 | 000113 | Capital One Freedman, Anselmo, Lindberg & Rappe LLC PO Box 3216 Naperville, IL 60566-7216 | Claim 000002, Payment 100.53174% | | | 5,140.57 | 6,932.24 |
| | | | Claim      5,113.38 | 7100-000 | | | |
| | | | Interest   27.19 | 7990-000 | | | |
| 10/16/10 | 000114 | Capital One | Claim 000003, Payment 100.53183% | | | 2,338.32 | 4,593.92 |

Page Subtotals          0.00          22,555.45

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-29948 -EW |
| Case Name: | MOHIUDDIN, MOHAMMAD S. |
| | MOHIUDDIN, WAJAHAT S. |
| Taxpayer ID No: | *******0173 |
| For Period Ending: | 01/23/11 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5698  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/16/10 | 000115 | Freedman, Anselmo, Lindberg & Rappe LLC  PO Box 3216  Naperville, IL 60566-7216 | Claim   2,325.95  Interest   12.37  Claim 000005, Payment 100.53239% | 7100-000  7990-000 | | 853.52 | 3,740.40 |
| | | Artesian Courts Condominiuim Association  c/o Dickler Kahn Slowikowski & Zavell  85 West Algonquin Road  Suite 420  Arlington Heights, IL 60005 | | | | | |
| 10/16/10 | 000116 | MOHIUDDIN, MOHAMMAD S. | Claim   849.00  Interest   4.52  Surplus Back to Debtor | 7200-000  7990-000  8200-002 | | 3,740.40 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 28,002.89 | 28,002.89 | 0.00 |
| Less:  Bank Transfers/CD's | 28,002.89 | 0.00 | |
| Subtotal | 0.00 | 28,002.89 | |
| Less:  Payments to Debtors | | 3,740.40 | |
| Net | 0.00 | 24,262.49 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3551 | 28,002.89 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5698 | 0.00 | 24,262.49 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 28,002.89 | 24,262.49 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     4,593.92

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-29948 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | MOHIUDDIN, MOHAMMAD S. | Bank Name: | BANK OF AMERICA |
| | MOHIUDDIN, WAJAHAT S. | Account Number / CD #: | *******5698  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0173 | | |
| For Period Ending: | 01/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | |
| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*